**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **WALTER INVESTMENT MANAGEMENT** | : | |
| **CORP.,** | : | **Case No. 17-[_____] (___)** |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------x

**DEBTOR'S CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to the Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Walter Investment Management Corp. ("**WIMC**") as debtor and debtor in possession in the above-captioned chapter 11 case, respectfully represents that WIMC's equity securities are publicly held. As of date hereof, based solely on publicly available information, Baker Street Capital Management, LLC owns approximately 24% of the common stock of WIMC, and Birch Run Capital Advisors, LP owns approximately 20% of the common stock of WIMC. To WIMC's knowledge, based solely on publicly available information, no other entity directly or indirectly owns 10% or more of WIMC's equity securities.

**Fill in this information to identify the case:**

Debtor name: Walter Investment Management Corp.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

# Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2017      X /s/ David Coles
              MM / DD /YYYY            Signature of individual signing on behalf of debtor

                          David Coles
                          Printed name

                          Senior Vice President
                          Position or relationship to debtor